PHILLIP A. TALBERT
Acting United States Attorney
NIRAV K. DESAI
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Dec 07, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>VIRENDRA P. MAHARAJ,<br>　aka Virendra Prasad Maharaj,<br>　aka Vic Maharaj,<br>　aka Viren Shambhu Dutt,<br><br>　　　　　　　Defendant. | CASE NO. 2:21-cr-0236 TLN<br><br>VIOLATION: 26 U.S.C. §§ 7203, 6050I – Willful Failure to File Information Related to Cash Received in Trade or Business |

I N F O R M A T I O N

COUNT ONE: [26 U.S.C. §§ 7203, 6050I – Willful Failure to File Information Related to Cash Received in Trade or Business]

The United States Attorney charges: T H A T

VIRENDRA P. MAHARAJ,
aka Virendra Prasad Maharaj,
aka Vic Maharaj,
aka Viren Shambhu Dutt,

defendant herein, whose principal place of business was operating as Maharaja Motors LLC, and under the names Payless Car Sales of Woodland and Victory Car Sales, in Woodland, California did, on or about January 25, 2015, in the Eastern District of California, receive a payment or two or more related payments in a trade or business, to wit, automobile sales, in excess of $10,000 in United States currency.

Defendant was, therefore, required by law to make a return on United States Treasury Department Internal Revenue Service Form 8300, on or before the fifteenth day following each of the payments described above, to the Internal Revenue Service office specified by the Secretary of the Treasury, at Woodland, California, in the Eastern District of California, stating specifically the identity of the individual from whom the cash was received, the person on whose behalf the transaction was conducted, the description of the transaction and method of payment, and the business that received the cash.  Well knowing and believing all of the foregoing, defendant did willfully fail to make such a return to an office of the Internal Revenue Service at the required time and place.

    All in violation of Title 26, United States Code, Sections 6050I and 7203, and 26 C.F.R. § 1.6050I-1.

Dated: December 7, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/
NIRAV K. DESAI
AUDREY B. HEMESATH
Assistant United States Attorneys

**United States v. Virendra P. Maharaj**
**Penalties for Information**

## COUNT 1:

VIOLATION:       26 U.S.C. §§ 7203, 6050I – Willful Failure to File Information Related to Cash Received in Trade or Business (felony violations)

PENALTIES:       A maximum of up to five (5) years in prison; or
Fine of up to $25,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)