```
PHILLIP A. TALBERT
Acting United States Attorney
NIRAV K. DESAI
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>VIRENDRA P. MAHARAJ,<br>   aka Virendra Prasad Maharaj,<br>   aka Vic Maharaj;<br>   aka Viren Shambhu Dutt; and<br><br>ROSALIN R. PRASAD,<br>   aka Rosalin Radhika Prasad,<br><br>            Defendants. | CASE NO.  2:16-CR-0094 TLN<br><br><br><br>**NOTICE OF RELATED CASES** |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>VIRENDRA P. MAHARAJ,<br>   aka Virendra Prasad Maharaj,<br>   aka Vic Maharaj;<br>   aka Viren Shambhu Dutt,<br><br>            Defendant. | CASE NO.  2:21-CR-0236 TLN<br><br><br><br>**NOTICE OF RELATED CASES** |

      Pursuant to Local Rule 123(b), and out of an abundance of caution, the United States of America, by and through its undersigned counsel, files this notice of related case concerning the above-captioned cases.  The relation of these cases before a single District Judge is likely to effect a savings of

judicial effort and other economies.  Both cases involve one overlapping defendant, and in part, involved overlapping facts.  It would entail substantial duplication of labor if the actions were heard by different District Judges.

Both cases are already assigned to the same District Judge.  Accordingly, no reassignment of cases is necessary under Local Rule 123(c).

Respectfully submitted,

Dated:  December 7, 2021                    PHILLIP A. TALBERT
                                            Acting United States Attorney

                                   By:   /s/ NIRAV K. DESAI
                                         NIRAV K. DESAI
                                         AUDREY B. HEMESATH
                                         Assistant United States Attorneys