DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
david.fischer@fischerlawoffice.com – E-mail

Attorney for Defendant
VIRENDRA MAHARAJ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VIRENDRA P. MAHARAJ,<br><br>    Defendant. | No. 2:21-cr-000236 TLN<br><br>STIPULATION AND ORDER TO CHANGE THE DEFENDANT'S SURRENDER DATE TO JANUARY 6, 2023 |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the defendant, Virendra Maharaj, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Audrey Hemesath, that the defendant's surrender date be changed from November 17, 2022, by 2:00 p.m. to January 6, 2023, by 2 p.m.  The reason for this request is that the defendant is receiving medical

care for a medical condition that recently developed, and he would like to work through the end of the year to save money to help his family financially while he is incarcerated.

Dated:  September 22, 2022                              PHILLIP A. TALBERT
                                                         U.S. ATTORNEY

                                                 by:    /s/ David D. Fischer for
                                                         AUDREY HEMESATH
                                                         Assistant U.S. Attorney
                                                         Attorney for Plaintiff


Dated:  September 22, 2022                              /s/  David D. Fischer
                                                         DAVID D. FISCHER
                                                         Attorney for Defendant
                                                         VIRENDRA P. MAHARAJ

**O R D E R**

IT IS SO FOUND AND ORDERED this 23rd day of September, 2022.

                                    Troy L. Nunley
                                    United States District Judge